FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ NOV 22 2011 ★   C/M

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X

ROBERT E. POLES,

                   Plaintiff,

       - against -

BROOKLYN COMMUNITY HOUSING AND
SERVICES, JEFF NEMETSKY,
CHRISTOPHER HALLIGAN, ADAM
LEITMAN BAILEY, P.C.,

                   Defendants.
-------------------------------------------------------------- X

**ORDER**

11 Civ. 4796 (BMC)

Plaintiff's [11] Motion to Amend Complaint is granted. The Clerk of the Court is directed to docket plaintiff's Amended Complaint (attachment #2 to plaintiff's motion) separately. This case is referred to Magistrate Judge Lois Bloom for all further pre-trial proceedings.

**SO ORDERED.**

U.S.D.J.

Dated: Brooklyn, New York
       November 21, 2011