UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------- X

ROBERT E. POLES,

                          Plaintiff,

           - against -

BROOKLYN COMMUNITY HOUSING AND
SERVICES, JEFF NEMETSKY,
CHRISTOPHER HALLIGAN, ADAM
LEITMAN BAILEY, P.C.,

                        Defendants.
----------------------------------------------------------- X

**ORDER**

11 Civ. 4796 (BMC)

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ NOV 22 2011 ★ C/M
BROOKLYN OFFICE

      Plaintiff's [11] Motion to Amend Complaint is granted. The Clerk of the Court is directed to docket plaintiff's Amended Complaint (attachment #2 to plaintiff's motion) separately. This case is referred to Magistrate Judge Lois Bloom for all further pre-trial proceedings.

**SO ORDERED.**

                                                        U.S.D.J.

Dated: Brooklyn, New York
         November 21, 2011